UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

OCEANUS PERRY,
PLAINTIFF

CIVIL ACTION NO. 6:14-CV-168-DCR

v.

AGRICULTURE DEPT., ET AL.,
DEFENDANTS.

## DECLARATION OF DAVID ALTIZER, LIEUTENANT

I, David Altizer, declare and state as follows:

1.  I am employed by the United States Government as a Lieutenant at the United States Penitentiary in Pine Knot, Kentucky ("USP McCreary"). At all times relative to the Plaintiff's allegations against me, I was employed in this position.

2.  I am familiar with Plaintiff, Oceanus Perry ("Plaintiff"), federal register number 65754-061, as he was previously incarcerated at USP McCreary.

3.  On June 27, 2014, Plaintiff was placed in the Special Housing Unit ("SHU") at USP McCreary. [See Declaration of John Fowler at ¶ 3]. On that date I was assigned as the SHU Lieutenant. However, I deny that prior to Plaintiff being placed in the SHU that myself and other staff members took Plaintiff to a different area of the institution and assaulted him. I deny that I assaulted Plaintiff at any time. Further, my actions at all times dealing with Plaintiff have been consistent with Bureau of Prisons' policies and procedures.

6:14-CV-0168-DCR
Exhibit 5
Decl of David Altizer

4.  On the date at issue, Plaintiff was placed in the Special Housing Unit as he had been seen with a homemade weapon, but was refusing to submit to a visual search. Upon arriving at the Special Housing Unit, Plaintiff was instructed to remove his clothing and submit to a visual search. [Attachment A, Memorandum dated June 27, 2014]. Plaintiff removed his clothing, but refused to comply with the order for a visual search. [Id.] Given the Plaintiff's poor attitude and history of possessing weapons, a calculated use of force team was assembled at the Warden's direction to place Plaintiff in hard ambulatory restraints until he could display an extended period of calm behavior. [Id.] Prior to the use of force team entering the cell, confrontational avoidance was attempted and proved successful. [Id.] Plaintiff submitted to hand restraints, was removed from the cell, pat searched, cleared with a metal detector, and provided with new clothing. [Id.] Plaintiff was then placed in hard ambulatory restraints. [Id.]

5.  Plaintiff was evaluated by a member of the Health Services staff following the application of restraints. [See Declaration of Stephanie Sumner]. Plaintiff did not report any injuries and indicated he was not experiencing pain at that time. [Id.]

6.  Again, I deny that I assaulted Plaintiff. Additionally, my interactions with Plaintiff on June 27, 2014, and at all other times, have been in compliance with Bureau of Prisons policy and procedures.

7.  I certify that the above cited documents are true and accurate copies of records maintained by the Federal Bureau of Prisons in the regular course of business:

    **Attachment A:    Memorandum dated June 27, 2014**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct. Executed on July 17, 2015.

David Altizer
Lieutenant
United States Penitentiary (McCreary)
Pine Knot, Kentucky

3



**United States Government Memorandum**
**United States Penitentiary MCR**
**McCreary, Kentucky**



**DATE:**   June 27, 2014

**REPLY TO**

**ATTN OF:**   D. Altizer, Lieutenant

**SUBJECT:**   Calculated Use of Force

**TO: C. Maruka, Captain**

### INMATES INVOLVED

Inmate: Perry, Oceanus
Reg. No.: 65754-061
Offense: Bank Robbery, Use of Firearm in Violent Crime, and Assault on a Federal Officer
Sentence: 675 MOS/ 3 YRS SR
Legal Residence: Columbus, OH
Arrival Date: June 9, 2014
Pend Release Date: August 2, 2051
Security Level/Custody: HIGH/IN
CMC Status:  Yes
STG Status: Assault-Correctional Staff and Sovereign Citizen
Inmate's actions now: Hard Ambulatory Restraints in the Special Housing Unit.

### Description of Incident

On June 27, 2014, at approximately 8:00 p.m., while Special Housing Unit Staff were admitting inmate Oceanus Perry Reg. No. 35679-007 into the Special Housing Unit inmate Perry refused to submit to a visual search. The Warden authorized a Use of Force Team to be assembled and place inmate Perry in hard ambulatory restraints until he could show an extended period of calm behavior. Confrontational Avoidance proved effective. Inmate Perry was removed from the cell, pat searched, metal detected, and provided with new clothing. Inmate Perry was placed in hard ambulatory restraints and medically assessed at 9:10 p.m., and escorted to cell 145 in the Special Housing Unit where he will remain until he can show an extended period of calm behavior.

6:14-CV-0168-DCR
Decl of David Altizer
Attachment A